# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135879(88)

TRACY DRAKE, Personal Representative for
the Estate of ROBERT DRAKE, Deceased,
　　　　　Plaintiff-Appellant,

v

SC: 135879
COA: 270225
Jackson CC: 03-001785-NH

AMY SCHANTZ-RONTAL, M.D., ROLANDO
BEREDO, M.D., DOWNTOWN MEDICAL,
P.L.L.C., VASUDEV ANANTHRAM, M.D.,
SADASIVA REDDY, M.D., JACKSON
RADIOLOGY CONSULTANTS, P.C., TIMOTHY
MURRAY, M.D., CHAKRAVARTHY KANDURU,
M.D., and W.A. FOOTE MEMORIAL HOSPITAL,
　　　　　Defendants-Appellees.

_____/

On order of the Court, the motion for reconsideration of this Court's July 25, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

WEAVER, J., would grant the motion for reconsideration.

KELLY, J., would grant the motion for reconsideration for the reasons set forth in Justice Weaver's dissenting statement in this case, 482 Mich 890 (2008).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

d1020